

| | |
|---|---|
| 1 | DAVID B. SIMPSON (Bar No. 106326) |
| 2 | CHRISTINA R. MITCHELL (Bar No. 245120)<br>WOLFLICK & SIMPSON |
| 3 | 130 North Brand Boulevard<br>   Suite 410 |
| 4 | Glendale, California  91203<br>Tel:  (818) 243-8300 |
| 5 | Fax: (818) 243-0122 |
| 6 | Attorneys for Defendants<br>PACIFIC BELL DIRECTORY, SEDGWICK CLAIMS |
| 7 | MANAGEMENT SERVICES, INC., and PACIFIC<br>TELESIS GROUP COMPREHENSIVE DISABILITY PLAN |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL L. MARKRAY, an individual, | CASE NO.: CV07-08001 DDP (CTx)<br>*[Assigned: Hon. Dean D. Pregerson]* |
| Plaintiff, | |
| vs. | [proposed]<br>**JUDGMENT<br>ON GRANT OF MOTION FOR<br>SUMMARY JUDGMENT** |
| PACIFIC BELL DIRECTORY, a corporation doing business in California, in its capacities as Plain Administrator and Employer; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a corporation doing business in California, in its capacity as Claims Administrator; PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN for employees of PACIFIC BELL DIRECTORY; and DOES 1-10, inclusive, | Date:  May 11, 2009<br>Time:  10:00am<br>Ctrm:  3 |
| Defendants. | |
| | *Complaint Filed:*  December 7, 2007<br>*Trial Date:* July 7, 2009 |

This action came on for decision before the Court, Honorable Dean D. Pregerson, District Judge presiding, and the issues having been duly considered on the Motion for Summary Judgment, Etc. of Defendants PACIFIC BELL DIRECTORY, SEDGWICK

1

1  CLAIMS MANAGEMENT SERVICES, INC., and PACIFIC TELESIS GROUP
2  COMPREHENSIVE DISABILITY PLAN, and a decision thereon having been duly
3  rendered,
4
5      It is hereby Ordered and Adjudged,
6
7      That Plaintiff Cheryl L. Markray take nothing, that this action be dismissed on the
8  merits with prejudice. ~~and that Defendants Pacific Bell Directory, Sedgwick Claims~~
9  ~~Management Services, Inc., and Pacific Telesis Group Comprehensive Disability Plan,~~
10 ~~and each of them, recover of the Plaintiff Cheryl L. Markray their costs of action, in the~~
11 ~~sum of $_____.~~
12
13 Dated: 5-26-09                        /s/ Dean D. Pregerson
14                                       Hon. Dean D. Pregerson
                                         United States District Judge
15
16
17
18 Submitted by:
19
20     WOLFLICK & SIMPSON
21
22 By: _____
23     David B. Simpson
       Attorneys for Defendants
24 Pacific Bell Directory, Sedgwick Claims
   Management Services, Inc., and Pacific Telesis
25 Group Comprehensive Disability Plan
26
27
28

**2**